■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK COOPER, Appellant. [614 NYS2d 306] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldberg, J.), rendered March 19, 1991, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to raise specific objections to the evidence of uncharged crimes he now cites as having deprived him of a fair trial. Accordingly, his present contentions are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Jackson,* 76 NY2d 908; *People v Nuccie,* 57 NY2d 818; *People v Udzinski,* 146 AD2d 245). We decline to reach them in the exercise of our interest of justice jurisdiction.

The defendant's contention that the sentence imposed was excessive is without merit *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN COURTNEY, Appellant. [614 NYS2d 305] —Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered April 28, 1993, convicting him of driving while under the influence of alcohol as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.